UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

DEVAN POOL,                        §
                                   §
                Plaintiff,         §
                                   §
v.                                 §          CIVIL NO. W-23-CV-00447-ADA
                                   §
280TH DISTRICT COURT HARRIS        §
COUNTY,                            §
                                   §
                Defendant.         §

## ORDER DENYING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff's Motion to Proceed In Forma Pauperis (ECF No. 2).  For

the following reasons, the Court **DENIES** Plaintiff's Motion to Proceed In Forma Pauperis

### I.    DISCUSSION

Plaintiff filed an application for *in forma pauperis* ("IFP") status and lists "N/A" in re-

sponse to all of the questions on the questionnaire.  *See* ECF No. 2.  Courts may grant IFP status

only if a plaintiff submits an affidavit, including a statement of all their assets, showing the ina-

bility to pay the statutory filing fee. *See* 28 U.S.C. § 1915(a).  The Court finds that Plaintiff's in-

complete application is insufficient to apprise the Court of Plaintiff's financial situation.  *See e.g.*

*Kelly v. Intuit*, 323CV00694JAHJLB, 2023 WL 4220768, at *1 (S.D. Cal. June 27, 2023)

("Plaintiff submits an incomplete affidavit in which all fields related to assets and expenses and

identifying the city and state of their legal residence are blank. Without a complete affidavit, the

Court is unable to determine Plaintiff's ability or inability to pay the statutory filling fee.)"  Be-

cause Plaintiff fails the foundational step of providing an accurate affidavit as required under the

statute, the Court is unable to determine whether Plaintiff even qualifies for IFP status.  Accord-

ingly, the Court **DENIES** Plaintiff's Motion to Proceed IFP.  Plaintiff is thus **ORDERED** to pay any filing fees and effect service.

SIGNED this 20th day of July, 2023.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE